NOT FOR PUBLICATION

**UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 NEW JERSEY PENSION FUND, *et al.*, | : : : : | Civil No. 21-cv-15365 (JXN)(LDW) |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | |
| HAULING SOLUTIONS, L.L.C., | : : | Date: April 13, 2022 |
| Defendant. | : : : | |

**NEALS, District Judge:**

This matter comes before the Court upon Plaintiffs' motion for default judgment [ECF No. 7] against Defendant Hauling Solutions, L.L.C. ("Defendant") pursuant to Fed. R. Civ. P. 55; and

**WHEREAS**, it appearing that Plaintiffs filed the instant action against Defendant on August 16, 2021, alleging that the Hauling Solutions, L.L.C. were part of a collective bargaining agreement whereby the Defendant was required to make specified contributions [ECF No. 1]; and alleging that in connection with Covered Work performed by Anthony Randazzo and Covered Work performed on the Bordentown Project, Hauling Solutions, L.L.C. is liable to Plaintiffs for delinquent contributions in the amount of $15,039.50, plus interest through the date of judgment, liquidated damages, and reasonable attorneys' fees and costs; and summons was returned executed on September 20, 2021 [ECF No. 5]; and Defendant having been served on September 13, 2021 and having failed to answer or appear in this action in any manner; and entry of default having been entered against Defendant on December 7, 2021; and Plaintiffs having provided Defendant

with written notice of their motion for default judgment [ECF No. 11]; and Defendant having failed to respond to the instant Motion and the time for such response having lapsed; and Plaintiffs seeking delinquent contributions in the form of the principal amount, interest, liquidated damages and attorney's fees; and Plaintiffs' submissions having been considered pursuant to Fed. R. Civ. P. 78; and for good cause shown,

**ACCORDINGLY, IT IS** on this 13th day of April, 2022,

**ORDERED** that Plaintiffs' Motion for Default Judgment [ECF No. 7] is **GRANTED;** and it further

**ORDERED** that the Plaintiffs will provide proof of the delinquent contributions in the amount of $26,024.05 by **April 28, 2022**, consisting of (1) contributions in the principal amount of $13,426.63, (2) total interest through January 7, 2022 in the amount of $1,313.09, (3) liquidated damages in the amount of $2,685.33, and (4) attorney's fee and cost in the amount of $8,599.00; and interest from January 8, 2022 through the date of the judgment; and (5) post-judgment interest at the statutory rate. The Court will enter the total amount of final judgment upon the appropriate showing of proof.

                                                                                                        _____
                                                                                                        **JULIEN XAVIER NEALS**
                                                                                                        **United States District Judge**